UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 2:08-cr-62 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| GALEN JERRY ROBERTSON, | ) | |
| | ) | |
| Defendant. | ) | |

This case came before the court for a detention hearing on Monday, June 16, 2008. Based on evidence presented at the hearing, the court makes the following findings of fact and order:

Galen Robertson is a member of the Fort Totten School Board. It is necessary for Mr. Robertson to participate in a conference call meeting of the school board in order for the school board to conduct essential school business. Accordingly, the court orders that Mr. Robertson is authorized to participate in a conference call with school board members Wayne Trottier and Dr. Eric Longie at 3 p.m. on Wednesday, June 18, 2008.

Dated this 18th day of June, 2008.

*/s/ Alice R. Senechal*
Alice R. Senechal
U.S. Magistrate Judge